**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 22-6892**

_____

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

CLAUDE SLOAN,

        Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of Virginia, at Big Stone Gap.  James P. Jones, Senior District Judge.  (2:18-cr-00004-JPJ-1)

_____

Submitted:  December 20, 2022            Decided:  December 27, 2022

_____

Before NIEMEYER and QUATTLEBAUM, Circuit Judges, and FLOYD, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Claude Sloan, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Claude Sloan appeals the district court's order denying his motion for production of documents pursuant to the Freedom of Information Act (FOIA), 5 U.S.C. § 552. On appeal, we confine our review to the issues raised in the informal brief. *See* 4th Cir. R. 34(b). Because Sloan's informal brief does not challenge the basis for the district court's disposition of this motion, he has forfeited appellate review of the court's order. *See Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's judgment. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*